02-12-279-CR









 
 
 
 
 
 
 
 
 
 
 
 
 
 COURT OF APPEALS
 SECOND DISTRICT OF TEXAS
 FORT WORTH
  
 
 


 

 

NO. 02-12-00279-CR

 

 


 
 
 RONNIE CHARLES SCOTT
 
 
  
 
 
 APPELLANT
 
 
 
 
  
 V.
  
 
 
 
 
 The State of Texas
 
 
  
 
 
 STATE
 
 


 

 

----------

FROM CRIMINAL
District Court NO. 4 OF Tarrant COUNTY

----------

MEMORANDUM
OPINION[1]

----------

Appellant
Ronnie Charles Scott attempts to appeal from his felony driving while
intoxicated conviction.  The trial court’s certification of Appellant’s right
to appeal states that this “is a plea-bargain case, and the defendant has NO
right of appeal” and that “the defendant has waived the right of appeal.”  See
Tex. R. App. P. 25.2(a)(2).  On June 27, 2012, we notified Appellant that this
appeal could be dismissed unless he or any party desiring to continue the
appeal filed a response showing grounds for continuing the appeal.  Appellant
filed a pro se response that does not present grounds for continuing the
appeal.

The
Texas Rules of Appellate Procedure are clear that in a plea-bargain case, an
appellant may appeal only those matters that were raised by written motion
filed and ruled on before trial or after getting the trial court’s permission
to appeal.  See Tex. R. App. P. 25.2(a)(2).  Because the trial court’s
certification reflects that Appellant has no right of appeal, we dismiss this
appeal for want of jurisdiction.  See Tex. R. App. P. 25.2(a)(2), (d),
43.2(f). 

 

PER CURIAM

 

PANEL: 
GARDNER,
WALKER, and MCCOY, JJ.

 

DO
NOT PUBLISH

Tex.
R. App. P. 47.2(b)

 

DELIVERED:  July 26, 2012  









[1]See Tex. R. App. P. 47.4.